ROBERT W. COTTLE, ESQ.
Nevada Bar No. 4576
MATTHEW D. MINUCCI, ESQ.
Nevada Bar No. 12449
**THE COTTLE FIRM**
8635 S. Eastern Avenue
Las Vegas, Nevada 89123
mminucci@cottlefirm.com
(702) 722-6111
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TONYA K. BURKS,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA H.A.N.D., INC.,<br><br>Defendants. | Case No.: 2:19-cv-02170-KJD EJY<br><br>**VOLUNTARY DISMISSAL WITH PREJUDICE** |

### VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, TONYA K. BURKS, by and through her counsel of record Matthew D. Minucci, Esq., of The Cottle Firm does hereby voluntarily dismiss all actions and claims herein against Defendant NEVADA H.A.N.D., INC., a Domestic Limited-Liability Company

///

///

///

///

///

- 1 -

with prejudice, pursuant to Rule 41(a)(1)(A)(i).

DATED this 20th date of November, 2020.

**THE COTTLE FIRM**

*/s/ Matthew D. Minucci*
ROBERT W. COTTLE, ESQ.
Nevada Bar No. 4576
MATTHEW D. MINUCCI, ESQ.
Nevada Bar No. 12449
8635 S. Eastern Avenue
Las Vegas, Nevada 89123
mminucci@cottlefirm.com
(702) 722-6111
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of The Cottle Firm, and that on the 20th day of November 2020, I served the above and foregoing true and correct copy **VOLUNTARY DISMISSAL WITH PREJUDICE** via the CM/ECF U.S. District Court Docketing System.

                                                _/s/ Dawn Patterson_
                                                An Employee of THE COTTLE FIRM